IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEFANIE KENT,
    Plaintiff,

v.                                                                  5:09cv90/MCR/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

# O R D E R

    Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the defendant and a motion to proceed *in forma pauperis* (doc. 2). Good cause having been shown, plaintiff's motion to proceed *in forma pauperis* (doc. 2) shall be granted. However, before service can be directed, plaintiff must submit three fully completed USM 285 forms for Michael J. Astrue, Commissioner of Social Security, the United States Attorney for the Northern District of Florida, and the Attorney General of the United States. Additionally, plaintiff has failed to submit service copies of her complaint.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's motion to proceed *in forma pauperis* (doc. 3) is **GRANTED**.

    2.    The clerk of court shall forward to plaintiff three blank USM forms.

    3.    Plaintiff shall submit the completed USM forms within 15 days of the date of this order, along with three service copies of her complaint.

    4.    Upon receipt of the completed USM forms and copies of the complaint, the clerk of court is directed to send three certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

    5.    The United States Marshal shall serve a copy of the complaint and summons upon Michael J. Astrue, Commissioner of Social Security and the Attorney General of the

United States by <u>certified mail</u>, and upon the office of the United States Attorney for this district by regular U.S. Mail or by hand-delivery.

6.  After a response to the complaint has been filed by the defendant, the plaintiff shall be required to mail to the attorney for the defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  The plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each defendant or to the attorney representing each defendant.  Any paper submitted for filing after a response to the complaint has been filed by the defendants which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

DONE AND ORDERED this 3rd day of April, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**